# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1175
_____

David N. James

*Plaintiff - Appellant*

v.

Eric Cheatham, Officer, North Little Rock Police Department; Mike Davis, Chief
of Police, North Little Rock Police Department (Originally named as Doe)

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: August 7, 2020
Filed: August 18, 2020
[Unpublished]
_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate David James appeals the
district court's[1] adverse grant of summary judgment.

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern
District of Arkansas.

We conclude the district court did not abuse its discretion in deeming defendants' statement of facts admitted, pursuant to a local rule. *See Nw. Bank & Tr. Co. v. First Ill. Nat'l Bank*, 354 F.3d 721, 725 (8th Cir. 2003) (reviewing for abuse of discretion district court's application of its local rules); *see also Reasonover v. St. Louis Cty.*, 447 F.3d 569, 579 (8th Cir. 2006) (district courts have broad discretion enforcing local rules). Having carefully reviewed the record, we further conclude the district court did not err in granting summary judgment. *See Woodworth v. Hulshof*, 891 F.3d 1083, 1088 (8th Cir. 2018) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____